UNITED STATES of America, Plaintiff-Appellee, v. Michael LISENA, Defendant-Appellant.

No. 138.

Circuit Court of Appeals, Second Circuit.

Nov. 3, 1930.

D. Joseph De Andrea, of Brooklyn, N. Y. (Frank B. Bozza and George A. Henderson, both of Newark, N. J., of counsel), for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg and Henry G. Singer, Asst. U. S. Attys., both of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

---

UNITED STATES, Plaintiff-Appellee, v. Amiello SORRENTINO and United Perfumery Co., Defendants-Appellants.

No. 113.

Circuit Court of Appeals, Second Circuit.

Oct. 20, 1930.

Vincent A. O'Connor, of New York City, for appellants.

Charles H. Tuttle, U. S. Atty., of New York City (Arthur H. Schwartz, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment affirmed.

---

UNITED STATES of America ex rel. LEW GONG SEN, Next Friend of Ng She Ching, Relator-Appellant, v. Benjamin M. DAY, Commissioner of Immigration, Respondent-Appellee.

No. 25.

Circuit Court of Appeals, Second Circuit.

Nov. 3, 1930.

James C. Thomas, of New York City, for appellant.

Robert E. Manley, Acting U. S. Atty., of New York City (Leon E. Spencer, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

---

H. A. WROE, Appellant, v. James W. BASS, Collector of Internal Revenue, Appellee.

No. 5915.

Circuit Court of Appeals, Fifth Circuit.

Dec. 15, 1930.

Robert E. Cofer and John D. Cofer, both of Austin, Tex., for appellant.

John D. Hartman, U. S. Atty., of San Antonio, Tex. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Wright Matthews, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., on the brief), for appellee.

Before BRYAN and FOSTER, Circuit Judges, and HUTCHESON, District Judge.

PER CURIAM.

The judgment is affirmed.